# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 16, 2023

## NO. 03-22-00541-CV

**M. L. and S. D., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES BAKER, KELLY, AND THEOFANIS
## AFFIRMED -- OPINION BY JUSTICE KELLY

This is an appeal from the order terminating parental rights signed by the trial court on October 31, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's termination order. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.